# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GALLERY CORP., d/b/a <br> MATTRESS GALLERY <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11628 (KG) |
| OFFICIAL COMMITTEE OF UNSECURED <br> CREDITORS OF GALLERY CORP., d/b/a <br> Mattress Gallery, <br><br> Plaintiff, <br><br> v. <br><br> KIMCO SECURITIES CORPORATION, <br><br> Defendant. | Adv. Proc. No. 08-50002 (KG) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 15, 2008 AT 10:00 A.M.[1]
**Hearing Location: 6th Floor, Courtroom #3**

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

1. Motion for Court Authority to Make Disbursement to Kimco Securities Corp. in Partial Satisfaction of Its Secured Claim [Docket No. 266, Filed March 25, 2008]

    Objection Deadline: April 8, 2008 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A.    Certificate of No Objection to Motion [Docket No. 282, Filed April 11, 2008]

    Status: The Debtors have filed a certificate of no objection and have requested that the Court enter the order tendered in connection with the Certificate of No Objection.

---

[1] Parties who are unable to attend the hearing may request telephonic participation by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

## SCHEDULING CONFERENCE:

2. Official Committee of Unsecured Creditors of Gallery Corp. v. Kimco Securities Corporation (Adv. Proc. Case No. 08-50002)

   Related Documents:

   A. Complaint Filed by the Official Committee of Unsecured Creditors of Gallery Corp. v. Kimco Securities Corporation (Adv. Proc. C.A. No. 08-50002) [Docket No. 1, Filed January 7, 2008]

   B. Answer to Complaint filed by Kimco Securities Corporation [Docket No. 4, Filed January 29, 2008]

   C. Preliminary Scheduling Order [Docket No. 7, Filed March 5, 2008]

   Status: This matter will be going forward.

DATED: April 11, 2008

GREENBERG TRAURIG, LLP

Donald J. Detweiler (DE Bar No. 3087)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: detweilerd@gtlaw.com
selzers@gtlaw.com

-and-

Matthew T. Gensburg
Ethan F. Ostrow
77 West Wacker Drive, Suite 2400
Chicago, Illinois 60601
Telephone: (312) 456-8406
Facsimile: (312) 899-0327
Email: gensburgm@gtlaw.com
ostrowe@gtlaw.com

Counsel for Debtor and Debtor in Possession

cc: Via Facsimile:
Matthew Gensburg, Esq. (Debtor's counsel)
David Buchbinder, Esq.
Joanne B. Wills, Esq./Richard Beck, Esq./Michael Yurkewicz, Esq. (Committee Counsel)
Peter M. Gilhuly/Heather Fowler (Counsel to Lender - OMG Acq)
Allen Perlstein, Esq.(Counsel to Kimco)
Ellen W. Slights, Esq.
Tom Erspamer, Sales Manager (Top 20 creditor)
Ron Passaglia, CEO (Top 20 creditor)
David J. Kaufman, Esq.
Niclas Ferland, Esq.
Ilan Markus, Esq. (Counsel to Westfield LLC, Eastland Shopping Ctr)
Thomas Leanse, Esq./Brian Huben, Esq.(Watt Management)
Mark Minuti, Esq. (Watt Management)
Charles Gibbs, Esq. (Selther Comfort)
Ernie Z. Park, Esq. (Principal Life Ins./Irvine Co.)
Susan Davis, Esq. (Village Walk)
Charles Parret, Esq. (Warland Investments)
Catherine Guastello, Esq. (DFS Services)
Daniel Rigterink, Esq. (Reseda Shopping Ctr)
David Pollack, Esq. (Centro Watt)
Richard Rosenthal, Esq. (US Century Mortgage)
Laurie Selber Silverstein, Esq. (Tempur-Pedic)
Tracy Cooke (Tempur-Pedic)
J. Kate Stickles, Esq./Jeremy Ryan, Esq. (Counsel to Kimco)